IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN WERNER                                                                                   PLAINTIFF

VS.                                                                                      No. 1:05cv50-D-D

LANDSTAR LLC, ET. AL                                                                   DEFENDANTS

ORDER GRANTING MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant Bill Ball's motion to dismiss (docket entry 35) is GRANTED; and

(2) the Plaintiff's claims against Bill Ball are DISMISSED with prejudice.

All itemizations, declarations, and other materials considered by this Court in ruling on this motion are hereby incorporated into and made a part of the record of this action.

SO ORDERED, this the 18th day of April 2006.

/s/ Glen. H. Davidson
Chief Judge