IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


JOHN WERNER                                                                              PLAINTIFF

VS.                                                                                No. 1:05cv50-D-D

LANDSTAR LLC, ET. AL                                                          DEFENDANTS


ORDER GRANTING MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)      the Defendant Bill Elliott's motion to dismiss (docket entry 37) is GRANTED;

         and

(2)      the Plaintiff's claims against Bill Elliott are DISMISSED with prejudice.

All itemizations, declarations, and other materials considered by this Court in ruling on
this motion are hereby incorporated into and made a part of the record of this action.

SO ORDERED, this the 18th day of April 2006.


/s/ Glen. H. Davidson
Chief Judge